IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Chad and Crystal Toeniskoetter, | ) | BK. NO. 15-31645 |
| Debtors. | ) | |

## MOTION FOR LEAVE TO RETAIN TAX REFUND PROCEEDS

Debtors submits the following by and through their undersigned attorney of record:

1. On October 19, 2015, Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors' 2018 Federal & IL State tax returns indicated that he would receive refunds totaling $4,208.00.

3. Pursuant to the Order of Confirmation, the Trustee has demanded turnover of $763.00 of Debtor's tax refund proceeds.

4. Debtors hereby request to retain the $763.00 the Trustee has asked them to turnover. Debtors need these funds to pay off past due medical bills totaling $4,812.58. The debtors have budgeted $3,600.00 annually to cover medical expenses, leaving a shortfall of $1,212.58. Supporting documentation of this expense will be provided to the Chapter 13 Trustee as of the date of the filing of this motion.

5. Debtor has indicated that there are changes to the current Schedule J on file (schedule of expenses).

Wherefore, premises considered, Debtors pray for the entry of an Order granting leave to retain 100% of their tax refund proceeds from tax year 2018, and for such other relief as is just.

Chad and Crystal Toeniskoetter, Debtors
By: /s/ Steven Stanton, Debtors Attorney

1

Case 15-31645-lkg    Doc 119    Filed 04/04/19    Page 2 of 2

2

                P.O. Box 370
                Maryville, IL 62062
                618-931-3090

<u>Certificate of Service</u>

The undersigned certifies that on April 4, 2019, a copy of attached document was served electronically to:

Russell Simon, Chapter 13 Trustee
United States Trustee

And served by mail, postage prepaid, to all parties listed in the creditor matrix that were not notified electronically, and to the parties listed below.

By: <u>/s/ Steven Stanton</u>