IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|    Chad and Crystal Toeniskoetter, | ) | BK. NO. 15-31645 |
|    Debtors. | ) | |

NOTICE OF MOTION FOR LEAVE TO RETAIN TAX REFUND PROCEEDS

TO ALL CREDITORS AND PARTIES IN INTEREST:

You are hereby notified, that on April 4, 2019, Debtors filed a Motion for Leave to Retain Tax Refund Proceeds along with this Notice. A copy of the Motion is included with this Notice. You are further notified, that **any objections to Debtor's Motion for Leave to Retain Tax Refund Proceeds must be in writing and filed with the Court on or within twenty-one (21) days from the date of this Notice.** In the event that an objection is filed within the time specified, then the Court will schedule a hearing to consider the objection(s) along with the Motion. In the event that no objection(s) are filed within the time specified, then the Court may enter an order granting the requested relief without further notice or opportunity for hearing.

                                                    Chad and Crystal Toeniskoetter, Debtors
/s/<u>Steven Stanton, Attorney for Debtors</u>
Steven Stanton
P.O. box 370
Maryville, IL 62062
618-931-3090

Certificate of Service

The undersigned certifies that on April 4, 2019 a copy of attached document was served electronically to:

Russell C Simon, Chapter 13 Trustee
United States Trustee

And served by mail, postage prepaid, to the Debtor and all parties listed in the creditor matrix that were not notified electronically.

                                                    By: <u>/s/ Steven Stanton</u>

2