IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE:

| | | |
|---|---|---|
| US department of Education, | ) | |
| Fed Loan Servicing, | ) | Chapter 13 |
| Creditor | ) | Bk No: 15-31645 |

AMENDED NOTICE OF CREDITOR'S CHANGE OF ADDRESS

Notice is hereby given of Creditors, change of address.  Mail should be changed as follows:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| US Department of Education<br>Fed Loan Servicing<br>PO Box 530210<br>Atlanta, GA 30353 | US Department of Education<br>Fed Loan Servicing<br>PO Box 69186<br>Harrisburg, PA 17102 |

Certificate of Service

The undersigned certifies that on December 4, 2019, a copy of the attached notice was served electronically to:

Russell Simon, Chapter 13 Trustee
United States Trustee

And a copy of this Notice and a Notice of Chapter 13 Bankruptcy Case was served by mail, postage prepaid, to all interested parties that were not notified electronically.  The names and addresses of all such interested parties, if any, are listed below.

US Department of Education
Fed Loan Servicing
PO Box 69186
Harrisburg, PA 17102

/s/ Steven Stanton
Law Offices of Steven Stanton
PO Box 370
Maryville, IL 62262